## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JUSTIN SMITH** and **AMBER CARTER**, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: CIV-14-00018-HE |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** and **MARK MUSE**, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Justin Smith and Amber Carter and Allstate Vehicle and

Property Insurance Company, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) jointly stipulate

that this case is dismissed with prejudice.

Respectfully submitted,

S/JEFF D. MARR
Jeff D. Marr, OBA No. 16080
Carole Dulisse, OBA No. 18047
MARR LAW FIRM
4301 Southwest Third Street, Suite 110
Oklahoma City, OK 73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
Email: jeffdmarr@marrlawfirm.com
      cdulisse@marrlawfirm.com
*Attorneys for Plaintiffs*

S/RONALD L. WALKER
Ronald L. Walker, OBA No. 9295
Jerry D. Noblin, Jr., OBA No. 20296
TOMLINSON,   RUST,   McKINSTRY,
GRABLE
Two Leadership Square
Suite 450
211 N. Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 606-3370
Facsimile: (877) 917-1559
Email: ronw@trmglaw.com
           jerryn@trmglaw.com
***Attorneys for Defendants***